# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF COLEMAN<br><br>　　　　　　　　　　Plaintiff,<br>　vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>　　　　　　　　　　Defendant. | CASE NO. 07cv1722 JM(JMA)<br><br>ORDER GRANTING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS; REFERRAL TO MAGISTRATE JUDGE |

**Motion to Proceed In Forma Pauperis**

Plaintiff has submitted an application to proceed in forma pauperis. Plaintiff declares that he is unemployed and possesses no significant source of income or asset. Accordingly, the Court **GRANTS** plaintiff's request to proceed in forma pauperis.

After a careful review of the pleadings, the Court orders as follows:

1. The request to proceed in forma pauperis is **GRANTED**.

2. The Clerk of Court shall serve a copy of this order on the United States Attorney General or an authorized representative.

**Referral to Magistrate Judge**

Plaintiff brings this action for review of a decision of the Commissioner of Social Security denying him benefits. All matters arising in this social security appeal are hereby referred to United States Magistrate Jan Adler for a report and recommendation

1  in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Rule 72.1(c)(1)(c).  When the
2  parties seek to file motions for summary judgment in this case, the parties shall contact
3  the chambers of Magistrate Judge Adler to secure scheduling, filing and/or hearing
4  dates.
5  **IT IS SO ORDERED.**
6  DATED:  November 7, 2007

Hon. Jeffrey T. Miller
United States District Judge

9  cc:        All parties